# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| JA'AVIER C., § | |
| PLAINTIFF, § | |
| § | |
| v. § | CASE NO. 3:18-CV-2374-D |
| § | |
| COMMISSIONER OF § | |
| SOCIAL SECURITY ADMINISTRATION, § | |
| DEFENDANT. § | |

## ORDER

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge. Plaintiff's motion for summary judgment is denied, defendant's motion for summary judgment is granted, and the Commissioner's decision is affirmed.

**SO ORDERED**.

February 11, 2020.

SIDNEY A. FITZWATER
SENIOR JUDGE